## Commonwealth ex rel. Mignone *v.* Mignone, Appellant.

Before CAIN, JR., J.

Argued September 8, 1975. *Earle J. Patterson, III,* with him *Caine, DiPasqua, Edelson & Patterson,* for appellant; *Raymond J. Quaglia* and *Michael J. Pepe, Jr.,* submitted a brief for appellee.

Order affirmed.

## Commonwealth ex rel. Miller, Appellant, *v.* Miller.

Before STEFAN, J.

Argued September 11, 1975. *Gilbert I. Yaros,* with him *I. Raymond Kremer,* and *Kremer, Krimsky & Luterman,* for appellant; *Emanuel A. Bertin,* with him *Pechner, Sacks, Dorfman, Wolffe, Moss & Rounick,* for appellee.

Order affirmed; petition for reargument refused December 1, 1975.

## Commonwealth ex rel. Payne *v.* Payne, Appellant.

Before HABERSTROH, P. J.

Argued September 9, 1975. *Frederick B. Gieg, Jr.,* with him *Gieg and Gieg,* for appellant; *Donald E. Speice,* with him *Casanave & Speice,* for appellee.

Order affirmed.